# Warren v. PHP, et al

**Document 134      -      SEALED ORDER**