IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERNEST WILLIAM WARREN**                                                                **PLAINTIFF**

**VS.**                              **CASE NO. 5:99CV00151 JMM**

**CORRECTION MEDICAL
SERVICES, INC., ET AL**                                                                **DEFENDANTS**

### ORDER

Defendants' Motion to Dismiss and Report to Court is dismissed as moot (#145) as this case has already been closed. This case was termed on October 8, 2002, with the Court retaining jurisdiction for purposes of enforcing the settlement. The case remains closed with the Court retaining jurisdiction to enforce the settlement.

IT IS SO ORDERED THIS  17  day of   February , 2009.

_____
James M. Moody
United States District Judge