IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERNEST WILLIAM WARREN**                                                 **PLAINTIFF**

VS.                    CASE NO. 5:99CV00151 JMM

**CORRECTION MEDICAL**
**SERVICES, INC., ET AL**                                          **DEFENDANTS**

**ORDER**

The Clerk of the Court is directed to withdraw the Court's Order of February 17, 2009 dismissing defendants' Motion to Dismiss as moot. The case is referred to Magistrate Judge J. Thomas Ray for the appropriate action.

IT IS SO ORDERED THIS  19  day of  February , 2009.

_____
James M. Moody
United States District Judge